IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch

Civil Action No. 08-cv-01404-RPM

VICTORIA HALL,

      Plaintiff,

v.

BREDE EXPOSITION SERVICES d/b/a
BREDE-COLORADO,

      Defendant.

---

## ORDER REMOVING CASE FROM CALENDAR CALL

Defendant having filed a motion for summary judgment, it is

ORDERED that this case is removed from the October 2, 2009, Calendar Call.

Dated:   October 1st, 2009

                                                  BY THE COURT:

                                                  s/Richard P. Matsch
                                                  _____
                                                  Richard P. Matsch, Senior District Judge