IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch

Date:              June 29, 2010
Courtroom Deputy:  J. Chris Smith
FTR Technician:    Kathy Terasaki

_____

Civil Action No. 08-cv-01404-RPM

VICTORIA HALL,                                              Dale A. Gaar

     Plaintiff,
v.

BREDE EXPOSITION SERVICES d/b/a                             Kay H. Hodge
BREDE-COLORADO,

     Defendant.
_____

## COURTROOM MINUTES
_____

**Hearing on Motion for Summary Judgment**

**11:00 a.m.**    **Court in session.**

Court's preliminary remarks and states its summary of the case facts.

11:09 a.m.    Argument by Ms. Hodge.
11:29 a.m.    Argument by Mr. Gaar.
11:43 a.m.    Rebuttal argument by Ms. Hodge.

**ORDERED:**   **Defendant's Motion for Summary Judgment, filed September 30, 2009 [18], is denied.**

Discussion regarding scheduling.

**ORDERED:**   **Three day jury trial set December 20, 2010 at 8:30 a.m.**
              **Proposed agreed pretrial order due November 19, 2010 in paper directly to chambers.**
              **Proposed substantive instructions and voir dire due December 15, 2010.**

**11:53 a.m. Court in recess.**

Hearing concluded.  Total time: 53 min.