IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch

Civil Action No. 08-cv-01404-RPM

VICTORIA HALL,

    Plaintiff,

v.

BREDE EXPOSITION SERVICES d/b/a
BREDE-COLORADO,

    Defendant.

_____

ORDER FOR DISMISSAL
_____

    Pursuant to the Stipulation of Dismissal with Prejudice [31], filed today, it is

    ORDERED that this action is dismissed with prejudice, each party to assume their own attorney's fees and costs, and with each party waiving all rights of appeal and/or requests for fees or costs.

    Dated: October 20th, 2010

                                BY THE COURT:

                                s/Richard P. Matsch

                                _____
                                Richard P. Matsch, Senior District Judge